AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| v. ) | Case No. 4:18mj65 |
| Edwin K. Lawrence ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edwin K. Lawrence

Date: 09/04/2018

*Attorney's signature*

Charles R. Samuels, VSB# 65899
*Printed name and bar number*

4908 Monument Ave., Ste. 100
Richmond, VA 23230

*Address*

crsamuels@gmail.com
*E-mail address*

(804) 342-1995
*Telephone number*

(804) 597-2349
*FAX number*