**MISDEMEANOR MINUTES:**                                                                                     19

| | |
|---|---|
| Time Set:      9:00 | Date:            9/11/18 |
| Time Started:  9:38 am | Presiding Judge:  Lawrence R. Leonard |
| Time Ended:    9:47 am | Courtroom Deputy: C. Dodge |
| Recorded by:   FTR | U.S. Attorney:    Dee Sterling |
| | Defense Counsel: Charles Samuels |
| Case Number:   4:18mj65 | ( ) Retained     ( ) Court-appointed |
| | ( ) AFPD         ( ) Waived Counsel |

USA v. __Edwin K. Lawrence__

**COUNTS:**
1) Poss. of Marijuana
2) _____
3) _____
4) _____

( X ) ( X Present ( ) In custody ( ) No appearance ( ) Excused Prior to Court
( ) Initial Appearance ( ) Docket Call ( X ) Plea of Guilty ( ) Bench Trial ( ) Jury Trial
( X ) Defendant advised of rights.
( X ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
( X ) Acknowledgment of Rights Form executed and filed in open court.
( ) Government motion: ( ) Warrant ( ) Summons ( ) Continue ( ) DWOP ( ) DWP
( ) Other _____  ( ) Granted  ( ) Denied
( ) Defendant motion: ( ) Continue ( ) Judgment of Acquittal ( ) Strike
( ) Other _____  ( ) Granted  ( ) Denied
( ) Counsel desired; Court ( ) Directed ( ) Denied ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $_____/mo. begin _____
( ) Defendant will to retain counsel. ( ) Retained Counsel _____
( ) Case continued to 9:00 a.m. on _____
( ) Bond set _____ with the following conditions of release:

1) ( ) Probation Office supervision
2) ( ) Shall not operate m/v after consuming alcohol
3) ( ) Prohibited from operating a motor vehicle unless properly licensed to do so
4) ( ) No consumption ( ) No excessive use of alcohol

5) ( ) Substance abuse testing and if positive treatment as deemed necessary by PO.
6) ( ) Mental health evaluation and treatment as deemed necessary by PO
7) ( ) No use/possession of narcotic/controlled substance unless prescribed by physician
8) ( ) _____

( X ) Proffer
( ) Statement by Defendant
( X ) Found Guilty    ( ) Found Not Guilty
( ) Dismissed by Court
( ) Sentencing: _____
( ) Defendant remanded to custody

( ) Evidence & Witnesses presented
( ) PSR WAIVED by all parties
( ) Continued for Pre-sentence Report
( ) Advised of Right to Appeal

| **FINE:** | **ASSESSMENT:** | **PROCESSING FEE:** | **RESTITUTION:** |
|---|---|---|---|
| 1) $_____ | 1) $_____ | 1) $_____ | 1) $_____ |
| 2) $_____ | 2) $_____ | 2) $_____ | 2) $_____ |
| 3) $_____ | 3) $_____ | 3) $_____ | 3) $_____ |
| 4) $_____ | 4) $_____ | 4) $_____ | 4) $_____ |

( ) Jail: _____ ( ) To be released at 5:00 p.m. today ( ) As special condition of probation
( X ) Probation: 1 yr _____ ( ) Supervised Release: _____
( ) Driving privileges within special maritime and territorial jurisdiction of the United States are suspended for ONE (1) YEAR.

First Offender

( ) _____

## SPECIAL CONDITIONS OF PROBATION / SUPERVISED RELEASE:

( ) Defendant prohibited from operating a motor vehicle on a public highway for a period of _____ ( ) year(s) ( ) month(s)
( ) Defendant to pay fine and special assessment ( ) immediately ( ) within the first _____ months of probation.
( ) Defendant to participate in a ( ) drug ( ) alcohol ( ) substance abuse ( ) mental health education and treatment program as directed by the U. S. Probation Office. ( ) at defendant's expense.
( ) Restricted License Order as directed by the U.S. Probation Office.
( ) Defendant shall serve _____ community service.
( ) Defendant to make restitution in the sum of $ _____ to _____
( ) Defendant to submit to random urinalysis testing as directed the U.S. Probation office.
( ) Defendant shall refrain from any unlawful use of a controlled substance.
( ) Defendant is directed to participate in a theft prevention program as directed by the U. S., Probation office.
( ) Defendant directed to serve _____ days in jail ( ) Remanded ( ) Report as directed by U.S. Probation Office ( ) jail time may be served on weekends as directed by U.S. Probation
( ) _____
( ) _____
( ) _____
( ) _____

## WITNESSES:

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

## EXHIBITS:

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____