IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK/NEWPORT NEWS DIVISION



UNITED STATES OF AMERICA

v.   DOCKET NO. 4:18-mj-00065

x Edwin K. Lawrence
(print name)

ACKNOWLEDGMENT OF CERTAIN RIGHTS

I am the defendant in this criminal proceeding.

I understand that I do not have to make any statement to anyone in connection with the charge(s) against me and that if I do make any statements they may be used against me. I further understand that I cannot be compelled to testify in this proceeding but that if I chose to testify on my own behalf, as I have the right to do, I will be subject to cross examination.

I understand that I have the right to assistance of a lawyer at all stages of the prosecution against me. I also understand that if I desire legal counsel but am financially unable to obtain counsel, and if there is a possibility that I can be confined in jail if I am found guilty, the court will appoint a lawyer to represent me (although, if I am able to do so, the court may require me to reimburse the federal treasury for the cost of furnishing counsel by making a delayed payment of periodic payments).

Date: 9/11/18        x _Edwin K. Lawrence_
                         Defendant

Date: 9/11/18        _____
                         Defendant's Attorney

I hereby waive (give up) my right to have the assistance of a lawyer in this criminal proceeding.

Date: _____        x _____
                                 Defendant